UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-cr-30 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| VAN ATKINS ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 26] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment; (2) accept Defendant's guilty plea to Count One of the one count Indictment; (3) adjudicate Defendant guilty of escape in violation of 18 U.S.C. § 751; and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of escape in violation of 18 U.S.C. § 751; and

4. Defendant **SHALL REMAIN** in custody pending further order of this Court or sentencing which is scheduled to take place on **September 26, 2025, at 9:00 a.m**., before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**